IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JULIUS HILL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:96-CR-17 (DF) |
| | : | 5:05-CV-313 (DF) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on September 7, 2005 (tab 72). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner Julius C. Hill's second and successive Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C.A. § 2255 is hereby **DENIED**.

SO ORDERED, this 12th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab